IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**HONORABLE MARCIA S. KRIEGER**

Civil Action No. 10-cv-00327-MSK-KMT

GERALDINE VARGAS,

    Plaintiff,

v.

NASH-FINCH COMPANY, D/B/A AVANZA SUPERMARKET, a Delaware Corporation,

    Defendant.

___

**ORDER FOR ENTRY OF JUDGMENT**
___

THIS MATTER has come before the Court on Plaintiff's Notice of Non-Compliance and Motion for Entry of Judgment **(#20)**, and the Court being fully advised in the premises, hereby:

FINDS that Defendant has failed to pay Plaintiff attorneys' fees in the amount of $6,615.00 pursuant to this Court's order, dated April 21, 2010.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and judgment is entered in favor of Plaintiff, Geraldine Vargas, and against the Defendant, Nash-Finch Company, d/b/a Avanza Supermarket, in the amount of $6,615.00, plus post-judgment interest as allowed under Colorado law, from the date this judgment is entered until it is fully satisfied.

DATED this 19th day of May, 2010.

                BY THE COURT:

                *Marcia S. Krieger*
                ___

                Marcia S. Krieger
                United States District Judge